UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CURTIS 1000, INC., a Georgia Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) No. 3:04-1000 |
| GEORGE B. MARTIN and DAVID L. BEAN, individually, and AMERICAN BUSINESS FORMS, d/b/a American Solutions for Business, Inc., a Minnesota Corporation, | ) JUDGE ECHOLS ) ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) George B. Martin's and David L. Bean's Motion to Vacate Preliminary Injunction At Expiration of Contract Period (Docket Entry No. 128) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Defendant George B. Martin because the Sixth Circuit reversed the preliminary injunction imposed by this Court against him, Curtis 1000, Inc. v. Martin, 2006 WL 2252639 (6th Cir. Aug. 4, 2006), and the preliminary injunction against Defendant Martin is hereby VACATED *nunc pro tunc* to August 4, 2006. The Motion is DENIED with respect to Defendant David L. Bean, and the terms of the preliminary injunction imposed against him by this Court in its Order and Memorandum signed and

1

dated on March 3, 2005, shall remain in full force and effect until November 19, 2006.

(2) In accordance with the Sixth Circuit's opinion (Docket Entry No. 131), the preliminary injunction imposed against Defendant American Business Forms, d/b/a American Solutions For Business, Inc., concerning its business relationship with Defendant George B. Martin is hereby VACATED *nunc pro tunc* to August 4, 2006. The terms of the preliminary injunction imposed by this Court in the Order and Memorandum signed and dated on March 3, 2005, against Defendant American Business Forms with respect to its business relationship with Defendant David L. Bean shall remain in full force and effect until November 19, 2006.

(3) Pursuant to Local Rule 16.01, this case is hereby returned to the Magistrate Judge for all further case management proceedings pertaining to the claims and counterclaims of the parties.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE